# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Western/Jackson, TN |
|---|---|
| Name (under which you were convicted): Billie Joe Chapman | Docket or Case No.: 1:22-CV-01203 |
| Place of Confinement: Hardeman County Correctional Facility | Prisoner No.: 633331 |

Petitioner (include the name under which you were convicted) Billie Joe Chapman

v.

Respondent (authorized person having custody of petitioner) Jerry Wardlow, Warden of HCCF

The Attorney General of the State of Tennessee ~~at Jackson, TN~~

RECEIVED MAY 08 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

## Amended PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: In The Circuit Court of Madison County, Tennessee 515 S Liberty Street, Ste 200, Jackson, Tennessee, 38301

   (b) Criminal docket or case number (if you know): 21-407 and 21-42 (one hearing)

2. (a) Date of the judgment of conviction (if you know): Sept. 7th 2021

   (b) Date of sentencing: Sept. 7th 2021, (New Conviction)

3. Length of sentence: 13 years Not 1:20-CV-01139 case

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Burglary, Theft, of Property, Vandalism, Felon in Possession of Firearms, Prior Felony

6. (a) What was your plea? (Check one) No Plea Every Made by Petitioner

   (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐      (4) Insanity plea ☐

   NO Plea from me

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I never Plead or Said Guilty To any Charges and did not know what was really going on as I was Following the Jeses (No's) by My Public Defender-Joshua Phillips at The Plea Hearing on Sept 7th 2021, Atty. Phillips

Page 3

(Petitioner) who Knew I Was on Mind Altering Medications and was Just released from Mental Hospital and was under Mental Health Board committed and Not Competent and Knowing at the Time.

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐      Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒  Unable/Restricted

9. If you did appeal, answer the following: Refused Appeal
   (a) Name of court: by Madison County Jail Who
   (b) Docket or case number (if you know): Were Treating Petitioner
   (c) Result: Like he Was Not Competent
   (d) Date of result (if you know): before and after Sept 7th 2021
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   (g) Did you seek further review by a higher state court?   Yes ☐   No ☒  Unable
       If yes, answer the following:  on Restrictions by
       (1) Name of court: Madison County Jail
       (2) Docket or case number (if you know): because of Mental Health
       (3) Result: Strip Cell, where everything was restricted without abuse
       (4) Date of result (if you know): _____
       (5) Citation to the case (if you know): _____
       (6) Grounds raised: _____

   (h) Did you file a petition for certiorari in the United States Supreme Court?  ☒  No ☒
       If yes, answer the following: ~~Refused~~
       (1) Docket or case number (if you know): _____

Yes I filed certiorari in State Trial Court, Circuit Court Madison County Tennessee C-22-310 and Not even discussed/addressed or nothing

Page 4 A

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Circuit Court Madison County Tennessee

several others C-23-32 (2) Docket or case number (if you know): 21-407 and 21-42, C-22-310, C-22-241

Many others Don't know The case #s

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: ① Habeas Corpus ② Corrections of Illegal Sentence ③ Certiorari and Supersedeas ④ Arrest of Judgement ⑤ Motion for New hearing ⑥ Post Conviction C-22-24

(5) Grounds raised: Never made any plea, Violations of Rule 11 of The Tenn. R. Crim. P., Leading and Forced Compelled Self-incrimination by Judge Allen, Illegally held in Prison when Never said or pled guilty, on Forced Medication and on Mind altering Medication, was under The mental health Board Commitment at Time of Plea, Not Competent etc. Illegal Arrest — No Probable cause, Illegal Search etc.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐  No ☒ but only Post Conviction hearing (See Page attached)

(7) Result: Refuse to respond, Dismissed without hearing,

(8) Date of result (if you know): August/Sept. 2022?

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: See above 11. (4)

(2) Docket or case number (if you know): ?

(3) Date of filing (if you know): ?

(4) Nature of the proceeding: ?

(5) Grounds raised: Same as above 11. (4) and See Attached page (4 B) Next page
ⓑ I never admitted guilt, In Fact I protested everything being done and Filed Complaints to The Board of Judicial Conduct in Nashville, TN. ⓒ Documentary Fraud, To hold Petitioner in Prison by Judge Allen of The Circuit Court lied on Post Conviction Decision Saying Petitioner Pled Guilty, and

Important →→→→→→→→

Page (4 B)

11. (5) Grounds My Claims (Not Appointed Attorneys).

(d) Judge Andersen of City Court of Jackson Tennessee was a conflict of Interest, committing Judicial Misconduct as he was a Direct Defendant and Served a copy of Complaint in July 2020 under Case # C-20-202 in The Circuit Court of Madison County Tennessee and Petitioner Chapman was Plaintiff

(e) Subject Matter Jurisdiction was being violated by Judge Anderson who was committing misconduct against this Petitioner 10-20-2020, 10-23-2020 Arraignment, 11-05-2020 Preliminary Hearing —

(f) Judge Allen was also involved, and was Protecting Judge Anderson above and both Judges made Decision(s) on This unlawful and Illegal Conviction were This Petitioner Never Pled or Said Guilty or Nolo Contendere to any Charges on ("Said Plea Agreement?") No Plea Agreement ever made.

(g) See Exhibit B Sent to This Court on 10-3-2022 called Transcripts of hearing on Sept. 7th 2021 30. Pages, Verbatim Record under Crim. Doc. #21-407 and 21-42, or I will Try to get another Transcript made.

(h) Illegal Conviction and I am illegally Restrained of My Liberty also C-20-307 in The Circuit Court of Madison County Tennessee on 02-24-2021 Judge Allen knew and Read Supp. Ct. Letter Showing he and Anderson were Conflicts of Interest.

(i) I was fighting my charges by civil complaints saying misconduct by The Jackson Police Department, The prosecutors/state Attorneys, The Court Judges committing misconduct on my criminal case,

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☒ No ☐  Some but the hearings are clouded

(7) Result: because I was on Mind altering Drugs by Force

(8) Date of result (if you know): ?

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ☐  No ☐
(2) Second petition:    Yes ☐  No ☐
(3) Third petition:    Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

I don't know what to say or write because I dont understand the First/second

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**(1) I am being Blocked/Stopped/Avoided on ISSUES of No Plea**

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date. **I am Not being Treated fairly by State Courts Who are Violating my rights and Not addressing**

GROUND ONE: **ISSUES, Motions, Petitions, Civil Complaints and will Not address, Denial of Access to courts by prison.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**If I don't Plead Guilty or Nolo Contender got a Plea agreement Hearing the Judge Can't Find me guilty. Judge Can't begs a defendant or Force Compel a guilty Plea by Self-Incrimination or by Trickery. Take advantage of a Mentally Disabled Person who is on Mind altering Medication who Judge Allen Knew was in the Mental Hospital.**

(b) If you did not exhaust your state remedies on Ground One, explain why: **I don't Know how, and the ISSUES are Serious and Not being brought to the Courts or Addressed.**

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒  **I didn't even Know I was convicted on 9-7-21.**
  (2) If you did not raise this issue in your direct appeal, explain why: **Unable to file Direct Appeal — I was Restricted Illegally by Madison County Jail on Mental Health Status and Restrictions out of my Control.**

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☒   No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: **(A) Writ Habeas Corpus and Judge Allen of**
  Name and location of the court where the motion or petition was filed: **The Circuit Court of Madison County Tennessee changed Habeas Corpus to Post Conviction wrongfully and Illegally when ISSUES were Void, Null and Invalid, Not Voidable.**
  **Criminal / Civil → Misconduct by T.C.A. § 29-21-108 by Judge Allen.**

Docket or case number (if you know): _____

Date of the court's decision: August/Sept. 2022

Result (attach a copy of the court's opinion or order, if available): The Courts Decision is Already Sent to This Court with other Documents/Exhibits on 10-3-2022  42 Pages of Exhibits.

(3) Did you receive a hearing on your motion or petition?
   Yes ☒   No ☐

(4) Did you appeal from the denial of your motion or petition?
   Yes ☒  No ☒  Appointed Attorney J. Colin Morris Did but not on all Grounds I said or I wanted He is doing what he wants not what I want

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☒  Appointed Attorney refuses to Talk or do what I want

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Criminal Appeals 26th Judicial district Jackson, TN

Docket or case number (if you know): W/2022-01333-CCA R3-PC

Date of the court's decision: No Decision That I know of

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: In Circuit Court For Madison Co. Tennessee I filed Arrest of Judgment based on Jurisdiction and Fraud, and Motion For New hearing to re-hear the Issues because Judge Allen Lied and said I Pled guilty and I filed writ of Habeas corpus, First before Attorney J Colin Morris Filed Notice/Appeal

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I filed Habeas Corpus but The Courts in Circuit Fail to Address/Refuse to look at the record

GROUND TWO: Criminal Conduct by Willful and Refusal to grant Writ of Habeas Corpus by Judge Allen TCA §29-21-108

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A  Public Defender Joshua Phillips Lied on the Stand at Post Conviction hearing, I told him nothing about Competency of Mental Hospital. I sat on The Stand at Post Conviction hearing and told The Judge Allen, I Never Plead Guilty - That I was on Medications and Treated as Not Competent by The Jail.

(B) Madison County Jail, was refused Pens, Paper, Legal Mail, Clothing, Bedding, Phone Calls and on Strip Cell before and after Sept. 7th 2021 and on Mind altering Medications/Drugs

(b) If you did not exhaust your state remedies on Ground Two, explain why: Atty J Colin Morris Not Listening to me and Just doing what he wants to do. Not Pursuing and Claiming my Issues as I want him to do

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
? Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Unable — Refused by Jail

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
? Yes ☐   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: I have no help with this, I have No access to the Prison Law Library or Legal Aides and I am Locked down 24/7 and Refused basic Needs Needed at this prison

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
? Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?
? Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
? Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

I don't know how to fill this out, or understand what Post Conviction other then 1 That was done

(d) **Post-Conviction Proceedings:** I raised everything I knew about.

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☐

? I cited several issues and motions I thought were important for review

  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion or petition?
? Yes ☐   No ☒   Several filings of different kinds and

  (4) Did you appeal from the denial of your motion or petition? Not Addressed or
? Yes ☐   No ☐   heard by courts

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
? Yes ☐   No ☐

  (6) If your answer to Question (d)(4) is "Yes," state:   ?
  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

See pages before

I don't know what to write See my filings (4 A) and (4 B) pages.

Page 9

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: habeaus Corpus Refused to review verbatim Record, and address my issues

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:** No Direct appeal Refused and wrongfully Restricted

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: If I would have known I was going to Prison, and I was pleading guilty (I would have said not Guilty)

I don't know how to fill This out or answer Questions - ~~Dixxxx~~ I need help

**GROUND FOUR:** ~~N/A~~ I don't know, I ~~request Assistance by Attorney or order to~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Warden ~~Jerry Wardlow~~ to give Access to the Prison Law Library and Assistance by one of the Inmate Legal Aides Please.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

? (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

? (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  ? Yes ☐ No ☐  See pages before about what I raised

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: I Filed habeas Corpus and Judge Changed to Post conviction.
Docket or case number (if you know): ?
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
? Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?
? Yes ☐  No ☐

? I don't know how to appeal nor do I have any help with my rights

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐  *I didn't Know how and Atty Morris will not Talk to me, or Listen*

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *Civil Complaints case #'s C-21-267 Still pending, C-20-318, C-23-50 pending in Circuit Court of Madison County Tennessee concerning Violations of Habeas Corpus and Post Conviction by Judges*

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☐   No ☒

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *Just Habeas Corpus and Post Conviction being done by Appointed Attorney J. Colin Morris on his own and Not all my issues that I need him to address, He will not Talk to me*

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *I don't know, I am not an Attorney, but I Know That I must Pled guilty or be Found Guilty to be legally Convicted*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☒  *Conviction Date 9-7-21 This is Conviction Crim. Doc. #21-407, 21-42*

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☒   No ☒   Not These Issues Directly
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ___ There is an appeal at The Criminal Court of appeals but that is what Attorney J. Colin Morris wants to do, Not what I requested done — on my post conviction

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Public Defender, Madison County Tennessee (John Doe) Don't Know name/address?
    (b) At arraignment and plea: Public Defender Joshua Phillips and Don't Know address
    (c) At trial: N/A
    (d) At sentencing: N/A Joshua Phillips, Don't Know address?
    (e) On appeal: N/A
    (f) In any post-conviction proceeding: J. Colin Morris, 204 W. Baltimore St, Jackson TN 38301
    (g) On appeal from any ruling against you in a post-conviction proceeding: J. Colin Morris, 204 W. Baltimore St, Jackson, TN 38301

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. __N/A__

I am The Petitioner,
Billie Joe Chapman 633331
Billie Joe Chapman
2520 Union Springs Rd
Whiteville, TN 38301
04-20-2023

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _N/A_____

(b) Give the date the other sentence was imposed: _None Do not have papers_

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒   _None_

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

  (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: **To order That Petitioner be Immediately Released From T.D.O.C, custody, The Conviction under 21-407, and 21-42 be reversed** ~~or any other relief to which petitioner may be entitled.~~ **and expunged From The record, The conviction be dismissed with Prejudice from The Circuit Court of Madison County Tennessee In The above Criminal Case made on Sept, 7th 2021 because never was Their a Plea of guilty or Found guilty by Law.**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ~~05/00/2023~~ _____ (month, date, year).

Executed (signed) on _____ (date).

**Billie Joe Chapman 633331**
**Billie Chapman**

[Important Issue]
I am denied Notary Service From any Notary Public at This Prison facility. I have asked for months, and No Notary Public shows up or response, I have wrote requests, I have wrote The grievance Procedures, and it seems That it's a choice If The Notary wants to do her Job at This CCA Private Prison facility

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.